# EXHIBIT A



**STERN**
**SHAPIRO**
**WEISSBERG**
**& GARIN** LLP

attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Nora J. Chorover
Jeffrey P. Wiesner
Alexandra H. Deal
Paul S. Sennott
Amanda Vanderhorst

Of Counsel
John Taylor Williams

December 6, 2010

**BY CERTIFIED MAIL** - Certified Mail # 70062150000075314218

Perri C. Petricca, President and Agent for Service of Process
Berkshire Concrete Corp.
Unistress Corp.
550 Cheshire Road
Pittsfield, MA 01201

**BY CERTIFIED MAIL** – Certified Mail # 70062150000075314201

Perri C. Petricca, President and Agent for Service of Process
Berkshire Concrete Corp.
Unistress Corp.
77 Baker Street
Lanesborough, MA 01237

Re:     60-Day Notice of Violations and Intent to File Suit Regarding Noncompliance
          with Federal Clean Water Act's Industrial Stormwater Discharge Requirements

Dear Mr. Petricca:

     This office represents Clean Water Action, a national non-profit citizens'
organization working for clean, safe and affordable water, prevention of health-
threatening pollution, creation of environmentally-safe jobs and businesses, and
empowerment of people to make democracy work. Clean Water Action has over 750,000
members nationally, more than 50,000 of whom reside in Massachusetts.

     We write to give notice that Clean Water Action intends to file a civil action in
the United States District Court for the District of Massachusetts under Section 505 of the
Federal Clean Water Act (the "Act") against Berkshire Concrete Corp. and Unistress
(jointly referred to hereafter as "Berkshire Concrete"). The subject of the action will be

Berkshire Concrete's failure to comply with stormwater pollution control requirements of the Act applicable to its Pittsfield facility (the "Facility") at which the company manufactures precast and prestressed concrete components, mines and processes sand and stone, and produces ready-mix concrete. The Facility, which has its mailing address at 550 Cheshire Road, is located near the Pittsfield – Lanesborough border and comprises 162 acres as described in paragraph C(3) and (4) of Berkshire Concrete's April 17, 2009 Notice of Intent Form, which is attached as Exhibit A hereto. Stormwater runoff from the Facility is discharged into municipal storm drains and other tributaries leading to Cheshire Reservoir and Unkamet Brook.

Clean Water Action will ask the Court to ensure Berkshire Concrete's future compliance with the Act, assess civil penalties in an appropriate amount,[1] award plaintiff litigation costs, including attorney and expert fees, and award any other relief the Court deems appropriate. Clean Water Action's complaint will be filed a minimum of 60 days after the postmark date of this letter. This is a formal 60-day notice of intent to sue that is being served pursuant to 40 C.F.R., Part 135.

This notice is being provided by:
Cindy Luppi, New England Regional Co-Director
Clean Water Action
262 Washington Street, Suite 301
Boston, MA 02108
(617) 338-8131
(617) 335-6449 (fax)

Counsel for Clean Water Action in this case is:
Nora J. Chorover
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114
(617) 742-5800
(617) 742-5858 (fax)

## BERKSHIRE CONCRETE'S VIOLATIONS AND DATES OF VIOLATIONS

Berkshire Concrete has violated and continues to violate the terms and conditions of the General Permit as follows and as set forth on a Table attached as Exhibit B hereto.[2]

---

[1] The Act authorizes the Court to assess a penalty of up to $32,500 per day for each violation occurring up to or including January 12, 2009, see 33 U.S.C. § 1319(d), 69 Fed. Reg. 7121 (Feb. 13, 2004), and $37,500 per day of violation for violations after that date. See 73 Fed. Reg. 75340 (Dec. 11, 2008).

[2] Clean Water Action believes that violations have occurred on the dates identified in this letter and on Exhibit B, and not just on rain days. However, to the extent it is determined that rain days are relevant in determining the dates of violations, such rain dates through July 2010 are set forth on Exhibit C hereto. The complaint, when filed, will set forth additional rain dates since July 2010.

The Complaint, when filed, will set forth additional days of violations that occur between the date of this letter and the date on which the Complaint is filed.

A. <u>Failure to Monitor for and Report on Compliance with Effluent Limitations.</u> Berkshire Concrete is required to monitor for and report on its compliance with effluent limitations for TSS and pH in stormwater discharges from material storage piles in its concrete manufacturing processes.[3] This monitoring was to occur once annually during each of the permit's reporting years, and the reporting was to occur 30 days following receipt of monitoring results.[4] Berkshire Concrete failed to comply with these monitoring and reporting requirements.

B. <u>Failure to Monitor for and Report on Benchmark Parameters.</u> Berkshire Concrete is required to monitor for and report on benchmark parameters applicable specifically to concrete products manufacturers[5] and mineral mining and dressing facilities.[6] Accordingly, it was required to monitor and report on Nitrate plus Nitrogen (sand and gravel mining), TSS (both sectors), and Iron (concrete product manufacturers). This monitoring was to occur for the first four quarters of the permit term. The reporting was to occur 30 days following receipt of monitoring results.[7] Berkshire Concrete failed to comply with these monitoring and reporting requirements.

C. <u>Failure to Submit to EPA Annual Reports.</u> Berkshire Concrete was required by the permit to prepare and submit to EPA annual reports that include findings from the annual comprehensive site inspections and documentation of corrective actions.[8] The company did not submit to EPA an annual report for the first or second year of the permit term.

D. <u>Failure to Conduct and Document Required Inspections.</u> On information and belief, Clean Water Action alleges that Berkshire Concrete has not complied with the permit's requirements to conduct required inspections, including routine facility inspections (at least quarterly),[9] quarterly visual inspections (at least quarterly),[10] and annual comprehensive site inspections.[11] This belief is based on the fact that Berkshire Concrete has not submitted to EPA any annual reports documenting the annual comprehensive site inspection.

E. <u>Failure to Reduce and/or Eliminate Pollutants to the Extent Achievable.</u> Berkshire Concrete has not complied with the permit requirement to reduce

---

[3] General Permit, pg. 57.
[4] General Permit, pg. 41.
[5] General Permit, pgs. 56-57.
[6] General Permit, pg. 84-85.
[7] General Permit, pg. 41.
[8] General Permit, pg. 41.
[9] General Permit, pg. 20.
[10] General Permit, pgs. 21-22.
[11] General Permit, pgs. 24-25.

and/or eliminate pollutants to the extent achievable using control measures (including best management practices) that are technologically available and economically practicable and achievable in light of best industry practice.[12]  Clean Water Action sets forth this violation on information and belief based on the above monitoring, reporting and inspection violations, as well as visual observations of exposed materials at the site.

F.   Failure to Implement Sector Specific Best Management Practices for each of Its Sectors.  Clean Water Action believes that Berkshire Concrete has not complied with sector specific best management practices for concrete products manufacturers[13] and mineral mining and dressing facilities.[14]  This belief is based on the above monitoring, reporting and inspection violations, as well as visual observations of exposed materials at the site.

## CONCLUSION

Clean Water Action believes this Notice of Violations and Intent to File Suit sufficiently states the basis for a civil action.  During the 60-day notice period, we would be willing to discuss effective remedies for the violations noted in this letter that may avoid the necessity of litigation.  If you wish to pursue such discussions, please have your attorney contact Nora Chorover at 617-742-5800 within the next 20 days so that negotiations may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

Nora J. Chorover, Attorney for
CLEAN WATER ACTION

---

[12] General Permit, pg. 12.
[13] General Permit, pgs. 56-57.
[14] General Permit, pgs. 79-84.

cc: (by certified mail)

Curt Spalding, Regional Administrator
EPA New England, Region 1,
1 Congress Street, Suite 1100
Boston MA 02114-2023
Certified Mail #: 7006 2150 0000 7531 4195

Lisa Jackson, Administrator
US EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, DC 20460
Certified Mail #: 7006 2150 0000 7531 4188

Eric Holder, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Certified Mail #: 7006 2150 0000 7531 4225

Laurie Burt, Commissioner
Massachusetts Department of Environmental Protection
One Winter Street
Boston, MA 02108
Certified Mail #: 7006 2150 0000 7531 4164

**EXHIBIT A**


Submission of this completed Notice of Intent (NOI) constitutes notice that the operator identified in Section B of this form requests authorization to discharge pollutants to waters of the United States from the facility or site identified in Section C under EPA's NPDES Stormwater Multi-Sector General Permit (MSGP) for industrial stormwater. Submission of this NOI constitutes your notice to EPA that the facility identified in Section C of this form meets the eligibility conditions of Part 1.1 of the MSGP. Please read and make sure you comply with all eligibility requirements, including the requirement to prepare a stormwater pollution prevention plan. Refer to the instructions at the end of this form to complete your NOI.

**A. Permit Number:** MA R 0 5 0 0 0 0   (see Appendix C of the MSGP for the list of eligible permit numbers)   **Tracking Number** (EPA Use Only): MAR05D508

**B. Facility Operator Information**

1. Name: BERKSHIRE COUNTY CONCRETE CORP

2. IRS Employer Identification Number (EIN): _ _ - _ _ _ _ _ _ _

3. Mailing Address:

a. Street: PO BOX 1145

b. City: PITTSFIELD     c. State: MA   d. Zip Code: 01202 -

e. Phone: 413 - 499 - 1441   f. Fax (optional): _ _ _ - _ _ _ - _ _ _ _   g. E-mail: RON.DEANGELIS@PETRICCA.COM

**C. Facility Information**

1. Facility Name: BERKSHIRE COUNTY CONCRETE

2. Have stormwater discharges from your site been covered previously under an NPDES permit?   ☑ YES   ☐ NO

   a. If yes, provide the Tracking Number if you had coverage under EPA's MSGP 2000 or the NPDES permit number if you had coverage under an EPA individual permit.   MAR05B949

   b.1 If no, was your facility in operation and discharging stormwater prior to October 30, 2005?   ☐ YES   ☐ NO

   b.2 If no to C.2.b.1, did your facility commence discharging after October 30, 2005 and before January 5, 2009?   ☐ YES   ☐ NO

3. Location Address:

a. Street: 550 CHESHIRE ROAD ROUTE 8

b. City: PITTSFIELD

c. County or similar government subdivision: BERKSHIRE   d. State: MA   e. Zip Code: 01202 -

f. Latitude: (use any one of the three formats provided.)
1. 4 2 29 14 ° _ _ ' _ _ _ " N (degrees, minutes, seconds)
2. _ _ ° _ _ . _ _ _ ' N (degrees, minutes, decimal)
3. _ _ . _ _ _ _ ° N ( degrees decimal)

g. Longitude: (use any of these 3 formats)
1. 0 73 12 08 ° _ _ ' _ _ _ " W (degrees, minutes, seconds)
2. _ _ ° _ _ . _ _ _ ' W (degrees, minutes, decimal)
3. _ _ _ . _ _ _ _ ° W (degrees decimal)

h. Lat/Long Data Source: ☐ USGS topographic map   ☑ EPA web site   ☐ GPS   ☐ Other: _____

   If you used a USGS topographic map, what was the scale? _____

4. Estimated area of industrial activity at your site exposed to stormwater: 162 (acres)

5. Is this a federal facility?   ☐ YES   ☑ NO

6. Is your facility located on Indian Country lands?   ☐ YES   ☑ NO

   If yes, name of reservation, or if not part of a reservation, put "Not Applicable": _____

## D. Discharge information

1. Does your facility discharge stormwater into a Municipal Separate Storm Sewer System (MS4)? ☐ YES ☑ NO

    If yes, name of MS4 operator: _____

2. Receiving Waters and Wetlands (**Note:** If additional space is needed for this question, fill out Attachment 1.)

| a. What is the name(s) of your receiving water(s) that receive stormwater directly and/or through an MS4? If your receiving water is impaired then identify the name of the impaired segment, if applicable, in parentheses following the receiving water name. | b. Are any of your discharges directly into any segment of an "impaired" water? | If you answered yes to question D.2.b, then answer the following three questions: | | |
|---|---|---|---|---|
| | | b.1. What pollutant(s) are causing the impairment? | b.2. Are the pollutant(s) causing the impairment present in your discharge? | b.3. Has a TMDL been completed for the pollutant(s) causing the impairment? |
| CHESHIRE RESERVIOR | ☐ YES ☑ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| UNKAMET BROOK | ☐ YES ☑ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |

3. Water Quality Standards (for new dischargers only)

    a. Are any of your discharges into any portion of a receiving water designated by the state or tribal authority under its antidegradation policy as a Tier 2 (or Tier 2.5) water (water quality exceeds levels necessary to support propagation of fish, shellfish, and wildlife and recreation in and on the water)? ☐ YES ☐ NO

    b. Has the receiving water(s) been designated by the state or tribal authority under its antidegradation policy as a Tier 3 water (Outstanding Natural Resource Water)? ☐ YES ☐ NO

4. Federal Effluent Limitation Guidelines and Sector-Specific Requirements

    a. Are you requesting permit coverage for any stormwater discharges subject to effluent limitation guidelines? ☑ YES ☐ NO

    b. If yes, which effluent limitation guidelines apply to your stormwater discharges?

| 40 CFR Part/Subpart | Eligible Discharges | Affected MSGP Sector | Check if Applicable |
|---|---|---|---|
| Part 411, Subpart C | Runoff from material storage piles at cement manufacturing facilities | E | ☑ |
| Part 418 Subpart A | Runoff from phosphate fertilizer manufacturing facilities that comes into contact with any raw materials, finished product, by-products or waste products (SIC 2874) | C | ☐ |
| Part 423 | Coal pile runoff at steam electric generating facilities | O | ☐ |
| Part 429, Subpart I | Discharges resulting from spray down or intentional wetting of logs at wet deck storage areas | A | ☐ |
| Part 436, Subpart B, C, or D | Mine dewatering discharges at crushed stone mines, construction sand and gravel mines, or industrial sand mines | J | ☐ |
| Part 443, Subpart A | Runoff from asphalt emulsion facilities | D | ☐ |
| Part 445, Subparts A & B | Runoff from hazardous waste and non-hazardous waste landfills | K, L | ☐ |

    c. If you are a Sector S (Air Transportation) facility, do you anticipate using more than 100,000 gallons of glycol-based deicing/anti-icing chemicals and/or 100 tons or more of urea on an average annual basis? ☐ YES ☑ NO

5. Identify the 4-digit Standard Industrial Classification (SIC) code or 2-letter Activity Code that best represents the products produced or services rendered for which your facility is primarily engaged, as defined in MSGP:

    Primary SIC Code: [3][2][7][1]    OR    Primary Activity Code [ ][ ]

6. Identify the applicable sector(s) and subsector(s) of industrial activity, including co-located industrial activity, for which you are requesting permit coverage:

    a. Sector [E] Subsector [2]      b. Sector [ ] Subsector [ ]      c. Sector [ ] Subsector [ ]

    d. Sector [ ] Subsector [ ]      e. Sector [ ] Subsector [ ]      f. Sector [ ] Subsector [ ]

7.a. Is your site presently inactive and unstaffed? ☐ YES ☑ NO

b1. If yes, is your site expected to be inactive and unstaffed for the entire permit term? ☐ YES ☐ NO

b2. If you select "no" in 7.b1 above, then indicate the length of time that you expect your facility to be inactive and unstaffed _____

**E. Stormwater Pollution Prevention Plan (SWPPP) Contact Information**

1a. SWPPP Contact Name: `RON DEANGELIS`

b. Phone: `___ - ___ - ____`  Ext. `____`  c. E-mail: ron.deangelis@petricca.com

2. URL of SWPPP (if applicable): _____

**F. Endangered Species Protection**

1. Using the instructions in Appendix E of the MSGP, under which criterion listed in Part 1.1.4.5 are you eligible for coverage under this permit?

☑ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ F

2. If you select criterion E from Part 1.1.4.5:

   a. What federally-listed species or federally-designated critical habitat are in your "action area?" _____

   b. List the pollutants expected to be present in your discharge _____

   c. If you are an existing discharger, do you have effluent monitoring data from EPA's MSGP 2000, or another previous NPDES permit?  ☐ YES  ☐ NO

     c.1 If no, why not?  ☐ No monitoring required for my sector  ☐ Inactive/unstaffed site  ☐ Other _____

     c.2 Do you have any other data characterizing pollutants in your stormwater (describe)? _____

     c.3 If you have benchmark monitoring data, did you exceed any of the applicable benchmarks?  ☐ YES  ☐ NO

     c.4 Did you exceed any applicable effluent limitation guideline or cause or contribute to an exceedance of a State or Tribal water quality standard? ☐ YES ☐ NO

     c.5 If you answered "yes" to either question F.2.c.3 or F.2.c.4 above, for what pollutant(s)? _____

   d. Attach documentation supporting criterion E eligibility. Documentation should address species and habitat listed in F.2.a and the potential effects of pollutants listed in F.2.b (including any monitoring data for these pollutants) on the listed species and habitat.

3. If you select criterion F from Part 1.1.4.5, provide the operator's NPDES Tracking Number under which you are certifying eligibility: `|_|_|_|_|_|_|_|`

**G. Historic Preservation**

Using the instructions in Appendix F of the MSGP, under which criterion listed in Part 1.1.4.6 are you eligible for coverage under this permit?

☑ A  ☐ B  ☐ C  ☐ D

**H. Certifier Name and Title**

I certify under penalty of law that I meet the eligibility conditions of this permit and that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, I certify that the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I certify that I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations.

Print Name: `RON DEANGELIS`

Title: `|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|`

Signature: RON DEANGELIS     Date: `0 4 1 7 0 9`

E-mail: RON.DEANGELIS@PETRICCA.COM

**NOI Preparer (Complete if NOI was prepared by someone other than the certifier)**

Prepared by: `STEVEN A MACK`

Organization: `|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|`

Phone: `___ - ___ - ____`  Ext. `____`  E-mail: smack@foresightland.com

| a. What is the name(s) of your receiving water(s) that receive stormwater from your facility (directly and/or through an MS4)? If your receiving water is impaired then identify the name of the impaired segment, if applicable, in parentheses following the receiving water name. | b. Are any of your discharges directly into any segment of an "impaired" water? | If you answered yes to question D.2.b, then answer the following three questions: | | |
|---|---|---|---|---|
| | | b.1. What pollutant(s) are causing the impairment? | b.2. Are the pollutant(s) causing the impairment present in your discharge? | b.3. Has a TMDL been completed for the pollutant(s) causing the impairment? |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | ☐ YES ☐ NO | | ☐ YES ☐ NO | ☐ YES ☐ NO |

**EXHIBIT B**

**BERKSHIRE CONCRETE'S AND UNISTRESS' PERMIT VIOLATIONS**

| Sector | Quarter | Type of Violation | Parameter | Beginning Date of Violation | Earliest End Date of Violation |
|---|---|---|---|---|---|
| E2: Concrete and gypsum Product Manufacturers J1: Sand and Gravel Mining | 1-4 | Failure to Monitor Effluent Limitation | TSS | March 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers J1: Sand and Gravel Mining | 1-4 | Failure to Report Effluent Limitation | TSS | April 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers J1: Sand and Gravel Mining | 1-4 | Failure to Monitor Effluent Limitation | pH | March 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers J1: Sand and Gravel Mining | 1-4 | Failure to Report Effluent Limitation | pH | April 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 1 | Failure to Monitor Benchmark | Iron | June 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 1 | Failure to Report Benchmark | Iron | July 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 2 | Failure to Monitor Benchmark | Iron | September 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 2 | Failure to Report Benchmark | Iron | October 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 3 | Failure to Monitor Benchmark | Iron | December 31, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 3 | Failure to Report Benchmark | Iron | January 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 4 | Failure to Monitor Benchmark | Iron | March 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 4 | Failure to Report Benchmark | Iron | April 30, 2010 | The present |

| Sector | Quarter | Type of Violation | Parameter | Beginning Date of Violation | Earliest End Date of Violation |
|---|---|---|---|---|---|
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 1 | Failure to Monitor Benchmark | TSS | June 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 1 | Failure to Report Benchmark | TSS | July 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 2 | Failure to Monitor Benchmark | TSS | September 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 2 | Failure to Report Benchmark | TSS | October 30, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 3 | Failure to Monitor Benchmark | TSS | December 31, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 3 | Failure to Report Benchmark | TSS | January 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 4 | Failure to Monitor Benchmark | TSS | March 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers<br>J1: Sand and Gravel Mining | 4 | Failure to Report Benchmark | TSS | April 30, 2010 | The present |
| J1: Sand and Gravel Mining | 1 | Failure to Monitor Benchmark | Nitrate plus Nitrogen | June 30, 2009 | The present |
| J1: Sand and Gravel Mining | 1 | Failure to Report Benchmark | Nitrate plus Nitrogen | July 30, 2009 | The present |
| J1: Sand and Gravel Mining | 2 | Failure to Monitor Benchmark | Nitrate plus Nitrogen | September 30, 2009 | The present |
| J1: Sand and Gravel Mining | 2 | Failure to Report Benchmark | Nitrate plus Nitrogen | October 30, 2009 | The present |

2

| Sector | Quarter | Type of Violation | Parameter | Beginning Date of Violation | Earliest End Date of Violation |
|---|---|---|---|---|---|
| J1: Sand and Gravel Mining | 3 | Failure to Monitor Benchmark | Nitrate plus Nitrogen | December 31, 2009 | The present |
| J1: Sand and Gravel Mining | 3 | Failure to Report Benchmark | Nitrate plus Nitrogen | January 31, 2010 | The present |
| J1: Sand and Gravel Mining | 4 | Failure to Monitor Benchmark | Nitrate plus Nitrogen | March 31, 2010 | The present |
| J1: Sand and Gravel Mining | 4 | Failure to Report Benchmark | Nitrate plus Nitrogen | April 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers; J1: Sand and Gravel Mining | Permit Year 1 | Failure to Submit Annual Report | | November 15, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers; J1: Sand and Gravel Mining | Permit Year 2 | Failure to Submit Annual Report | | November 15, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers; J1: Sand and Gravel Mining | | Failure to Conduct and Document Required Inspections | | September 29, 2008 | The present |
| E2: Concrete and gypsum Product Manufacturers; J1: Sand and Gravel Mining | | Failure to Reduce and/or Eliminate Pollutants to Extent Achievable | | September 29, 2008 | The present |
| E2: Concrete and gypsum Product Manufacturers; J1: Sand and Gravel Mining | | Failure to Implement Best Management Practices | | September 29, 2008 | The present |

**EXHIBIT C**

**EXHIBIT C**
DAYS BETWEEN
OCTOBER 2008 AND JULY 2010
ON WHICH STORMWATER FROM FACILITY
DISCHARGED TO WATERS OF THE UNITED STATES

July 2010
11
18
20
22
24
25

June 2010
2
7
10
13
17
23
25

May 2010
8
9
12
14
19

April 2010
9
17
27
29

March 2010
14
15
16
23
24
26
29
30
31

February 2010
17
24
25
26
27

January 2010
1
3
4
18
25
26
29

December 2009
1
3
4
6
9
10
14
26
27
29

November 2009
1
6
14
15
20
21
28

October 2009
3
4
6
7
8
10
13
24
25
28
29

September 2009
12
27
28

August 2009
1
13
22
23
24
29

July 2009
2
3
8
12
17
18
22
24
25
27
28
29
30

June 2009
10
12
14
15
16
18
19
21
22
26
28

May 2009
2
6
7
9
10
15
17
27
28
29

April 2009
2
4
5
7
11
21

March 2009
3
9
10
11
27
30
31

February 2009
4
12
13
19
20
23
27
28

January 2009
1
7
8
11
19
29
31

December 2008
1
5
10
11
12
17
20
22
25
27
28

November 2008
9
14
16
25
26

October 2008
17
26
29



**STERN
SHAPIRO
WEISSBERG
& GARIN** LLP

attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Nora J. Chorover
Jeffrey P. Wiesner
Alexandra H. Deal
Paul S. Sennott
Amanda Vanderhorst

Of Counsel
John Taylor Williams

December 28, 2010

**BY CERTIFIED MAIL**

| | |
|---|---|
| Perri C. Petricca, President and Agent | Perri C. Petricca, President and Agent |
| for Service of Process | for Service of Process |
| Berkshire Concrete Corp. | Berkshire Concrete Corp. |
| Unistress Corp. | Unistress Corp. |
| 550 Cheshire Road | 77 Baker Street |
| Pittsfield, MA 01201 | Lanesborough, MA 01237 |
| Certified No.: 706 2150 0000 7531 4157 | Certified No.: 7006 2760 0001 2932 5314 |

Re:    Supplement to 60-Day Notice of Violations

Dear Mr. Petricca:

This letter is to supplement a notice of violations that we sent to you on December 6, 2010. This is to clarify that the violations set forth in the December 6th letter and on its Exhibit A concern the Multi-Sector General Permit for Stormwater Discharges Associated with Industrial Activity (the "General Permit"), which can be viewed on EPA's web site, at http://www.epa.gov/npdes/pubs/msgp2008_finalpermit.pdf.[1]

Sincerely,

Nora J. Chorover, Attorney for
CLEAN WATER ACTION

---

[1] The General Permit was first issued in 1995 and was reissued in 2000 and 2008. The 2008 Permit does not include significant changes to relevant provisions. See 60 Fed. Reg. 50804 (Sept. 29, 1995); 65 Fed. Reg. 64746 (Oct. 30, 2000); 73 Fed. Reg. 56572 (Sept, 29, 2008). Although Clean Water Action's Notice only covers violations of the General Permit as of the September 29, 2008 reissuance date, evidence that the company violated the permit before September 29, 2008 may be relevant to the amount of penalty the court may award for any violations that occurred after that date.

cc: (by certified mail)

Curt Spalding, Regional Administrator
EPA New England, Region 1,
5 Post Office Square - Suite 100
Boston, MA 02109-3912
Certified Mail #: 7006 2760 0001 2932 5307

Lisa Jackson, Administrator
US EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, DC 20460
Certified Mail #: 7006 2760 0001 2932 5291

Eric Holder, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Certified Mail #: 7006 2760 0001 2932 5284

Laurie Burt, Commissioner
Massachusetts Department of Environmental Protection
One Winter Street
Boston, MA 02108
Certified Mail #: 7006 2760 0001 2932 5277