# EXHIBIT B
# BERKSHIRE CONCRETE, INC.'S MONITORING AND REPORTING VIOLATIONS

| Sector | Quarter | Type of Violation | Parameter | Beginning Date of Violation | Earliest End Date of Violation |
|---|---|---|---|---|---|
| E2:  Concrete and gypsum Product Manufacturers | 1 | Failure to Monitor Benchmark | Iron | September 30, 2009 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 1 | Failure to Report Benchmark | Iron | October 30, 2009 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 2 | Failure to Monitor Benchmark | Iron | December 31, 2009 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 2 | Failure to Report Benchmark | Iron | January 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 3 | Failure to Monitor Benchmark | Iron | March 31, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 3 | Failure to Report Benchmark | Iron | April 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 4 | Failure to Monitor Benchmark | Iron | June 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 4 | Failure to Report Benchmark | Iron | July 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 5 | Failure to Monitor Benchmark | Iron | September 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 5 | Failure to Report Benchmark | Iron | October 30, 2010 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 6 | Failure to Report Benchmark | Iron | January 30, 2011 | The present* |
| E2:  Concrete and gypsum Product Manufacturers | 7 | Failure to Report Benchmark | Iron | April 30, 2011 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 1 | Failure to Monitor Benchmark | TSS | September 30, 2009 | The present |
| E2:  Concrete and gypsum Product Manufacturers | 1 | Failure to Report Benchmark | TSS | October 30, 2009 | The present |

\* This violation is ongoing for all 6th quarter benchmark sampling results that have not been reported, although Defendant did timely report certain sampling results, and untimely report certain other sampling results, to EPA on or about January 20, 2011.

1

| Sector | Quarter | Type of Violation | Parameter | Beginning Date of Violation | Earliest End Date of Violation |
|---|---|---|---|---|---|
| E2: Concrete and gypsum Product Manufacturers | 2 | Failure to Monitor Benchmark | TSS | December 31, 2009 | The present |
| E2: Concrete and gypsum Product Manufacturers | 2 | Failure to Report Benchmark | TSS | January 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 3 | Failure to Monitor Benchmark | TSS | March 31, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 3 | Failure to Report Benchmark | TSS | April 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 4 | Failure to Monitor Benchmark | TSS | June 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 4 | Failure to Report Benchmark | TSS | July 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 5 | Failure to Monitor Benchmark | TSS | September 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 5 | Failure to Report Benchmark | TSS | October 30, 2010 | The present |
| E2: Concrete and gypsum Product Manufacturers | 6 | Failure to Report Benchmark | TSS | January 30, 2011 | The present* |
| E2: Concrete and gypsum Product Manufacturers | 7 | Failure to Report Benchmark | TSS | April 30, 2011 | The present |
| All sectors | 1 | Failure to Timely Submit Annual Report | All Potential Pollutants | November 13, 2009 | The present |
| All sectors | 2-5 | Failure to Timely Submit Annual Report | All Potential Pollutants | November 13, 2010 | January 20, 2011 |

\* This violation is ongoing for all 6th quarter benchmark sampling results that have not been reported, although Defendant did timely report certain sampling results, and untimely report certain other sampling results, to EPA on or about January 20, 2011.

2