**EXHIBIT C**
DAYS FROM
APRIL 2009 THROUGH MARCH 2011
ON WHICH STORMWATER FROM FACILITY
DISCHARGED TO WATERS OF THE UNITED STATES

March 2011
1
7
8
11
12
17
22

February 2011
3
6
8
9
21
26
27

January 2011
8
12
13
19
21
22
25
27

December 2010
1
2
27
28

November 2010
5
6
9
17
26

October 2010
1
2
5
7
8
15
16
22
27
28

September 2010
17
28

August 2010
6
16
17
20
23
25

July 2010
11
14
18
20
22
24
25

June 2010
2
7
10
13
17
23
25

May 2010
8
9
12
14
19

April 2010
9
17
27
29

March 2010
14
16
23
24
26
29
30
31

February 2010
17
24
25
26
27

January 2010
1
3
4
18
25
26
29

December 2009
1
3
4
6
9
10
14
26
27
29

November 2009
1
6
14
15
20
21
28

October 2009
3
4
6
7
8
10
24
25
28
29

September 2009
12
27
28

August 2009
1
13
22
23
24
29

July 2009
2
3
8
12
17
18
22
24
25
27
28
29
30

June 2009
10
12
14
15
16
18
19
21
22
26
28

May 2009
2
6
7
9
10
15
17
27
28

April 2009
2
4
5
7
11
21